# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**FLORIDA DEPARTMENT OF TRANSPORTATION,**
Appellant,

v.

**LUCIA HERNANDEZ, TOWN OF PALM BEACH, FERROVIAL SERVICES INFRASTRUCTURE, INC.,** a foreign profit corporation f/k/a **BROADSPECTRUM INFRASTRUCTURE INC., PEMS PARTNERSHIP, LTD.,** a Florida limited partnership**, LORI JAYNE, INC.,** a Florida profit corporation d/b/a **LORI JAYNE MONOGRAMMING AND MORE,**
Appellees.

No. 4D19-1619

[January 16, 2020]

Appeal on a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie Rowe, Judge; L.T. Case No. 502019CA003007XXXXMB.

Stephen P. Byrnes and Richard A. Alayon of Alayon & Associates, P.A., Coral Gables, for appellant.

Carlos J. Jimenez and Scott Goldstein of the Law Offices of Carlos J. Jimenez, P.L., Boynton Beach, for appellee Lucia Hernandez.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***